UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                        :

MODERN LANGUAGE ASSOCIATION OF      :
AMERICA,

                                          :

                Plaintiff,           :           23-CV-3953 (JMF)

                                          :

        -v-                         :             ORDER

                                          :

APPEARANCE PUBLISHERS, et al.,        :

                                          :

               Defendants.        :

                                          :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 11, 2023, Plaintiff Modern Language Association of America moved for leave to effect alternative service through email pursuant to Fed. R. Civ. P. 4(f)(3) on Defendant Marat Melnyk.[1]  ECF No. 24.  Substantially for the reasons set forth in Plaintiff's memorandum of law, ECF No. 25, the motion is GRANTED — with the proviso that Plaintiff shall also serve Defendant Melnyk by physical mail using the two addresses Plaintiff has reason to believe are mail-forwarding addresses, namely: Aqua Calida Marat Melnyk, ul. Karola Miarki 18, NP000349075, Dolnośląskie, Jelenia Góra, 58-500, PL and 27 Merry Lane, NP000349075, East Hanover, NJ 07936.  ECF No. 26, ¶ 8.  Plaintiff shall effect alternate service in accordance with the foregoing no later than **September 28, 2023**, and shall file proof of such service within **two business days**.

      The Clerk of Court is directed to terminate ECF No. 24.

      SO ORDERED.

Dated: September 14, 2023
      New York, New York

                                       JESSE M. FURMAN
                                      United States District Judge

---

[1]    Plaintiff represents that, if it "is permitted to serve Melnyk via email, [it] intends to voluntarily dismiss its claims against the remaining defendants and pursue only its claims against Melnyk."  ECF No. 25, at 1-2.